UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PAUL JOHNSON,

                       Plaintiff,                       08-CV-0987 (BSJ)

        v.                                        RULE 7.1 STATEMENT

ELI LILLY AND COMPANY,

                       Defendant.

-------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Eli Lilly and Company, by its undersigned attorneys, certifies that it has no subsidiaries or affiliates which are publicly held.

Dated:  New York, New York
          April 9, 2008

                                                  PEPPER HAMILTON LLP

                                                 By: _____
                                                   Samuel J. Abate, Jr. (SA 0915)
                                                   The New York Times Building
                                                   620 Eighth Avenue
                                                   37th Floor
                                                   New York, NY 10018
                                                   (212) 808-2700

                                                 and

Nina M. Gussack
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Attorneys for Defendant
Eli Lilly and Company