UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAUL JOHNSON,

                Plaintiff,                    08-CV-0987 (BSJ)

      v.                                        **AFFIDAVIT OF SERVICE**

ELI LILLY AND COMPANY,

                Defendant.

------------------------------------------------------------X

STATE OF NEW YORK   )
                              )ss.:
COUNTY OF NEW YORK )

        The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

That, on the 9th day of April, 2008, she caused to be served the within ANSWER and RULE 7.1 STATEMENT by first class mail upon:

                Andrew J. Finkelstein
                FINKELSTEIN & PARTNERS LLP
                436 Robinson Avenue
                Newburgh, New York 12550

the address having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

                                                          _____
                                                                Bridget Casey

Sworn to before me this
9th day of April, 2008

_____
Notary Public

MARIE A. RAMOS
NOTARY PUBLIC, State of New York
No. 01RA5036297
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Jan. 23, 20__