# Pepper Hamilton LLP
##### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Samuel J. Abate, Jr.
direct dial: (212) 808-2706
direct fax: (212) 286-9806
abates@pepperlaw.com

May 13, 2008

MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Johnson v. Eli Lilly and Co., 08-CV-987 (BSJ)(GWG)

Dear Magistrate Judge Gorenstein:

As counsel for defendant Eli Lilly and Company, we are requesting the upcoming conference scheduled for May 23, 2008 at 10:30 a.m. be cancelled.

This case involves allegations of personal injury due to plaintiff's use of the prescription medication Zyprexa. On April 14, 2004, the United States Judicial Panel on Multidistrict Litigation ("JPMDL") ordered that all Zyprexa cases filed in federal court would be consolidated and transferred to the Eastern District of New York to the Honorable Jack Weinstein. On April 22, 2008, this case was conditionally transferred by the JPMDL in a Conditional Transfer Order (CTO 119) to Judge Weinstein. See attached. We therefore request that the initial scheduling conference be cancelled. Plaintiff's counsel consents to our request.

Respectfully,

Samuel J. Abate, Jr.

Granted.
SO ORDERED: DATE 5/13/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Enclosure

Copy to: Finkelstein & Partners LLP

Philadelphia  Boston  Washington, D.C.  Detroit  New York  Pittsburgh
Berwyn  Harrisburg  Orange County  Princeton  Wilmington

www.pepperlaw.com