Inasmuch as no opposition is pending at this time, the stay is lifted.

MAY - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 2 2008

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
MAY 1 4 2008
S.D. OF N.Y.

IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION

~~Derrick Brown, etc. v. Noxubee General Hospital, et al.,~~
~~S.D. Mississippi, C.A. No. 4:08-6~~ Opposed 5/7/08 )
Paul Johnson v. Eli Lilly & Co., )
S.D. New York, C.A. No. 1:08-987 )

MDL No. 1596

08CV1958(JBW)(RLM)

## CONDITIONAL TRANSFER ORDER (CTO-119)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,684 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel..

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



| | |
|---|---|
| August Marziliano/NYED/02/USCOURTS<br>05/14/2008 11:57 AM | To  Dorothy Guranich/NYSD/02/USCOURTS@USCOURTS,<br>      Phyllis Adamik/NYSD/02/USCOURTS@USCOURTS<br>cc  PANELMDL/DCA/JPML/USCOURTS@USCOURTS<br>bcc<br>Subject  IN RE: MDL 1596<br>         IN RE Zyprexa Products Liability Litigation |

**IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION**     MDL No. 1596

Dear Sir/Madam:

Attached is a certified copy of Conditional Transfer Order (CTO-119) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Eastern District of New York pursuant to 28 U.S.C. Section 1407, and a list of the Eastern District case numbers. The Honorable Jack B. Weinstein is to preside over this litigation.

Southern District of New York can now close your case and we will extract the docket sheet and documents from your ECF system. There is no need to send us any documentation.

If you have any questions, then please call me at the number below.


CTO-119.pdf   CTO-119 EDNY NUMBERS.pdf



**August Marziliano, Administrative Specialist / Budget Analyst**
**United States District Court, Eastern District of New York**
225 Cadman Plaza East
Brooklyn, New York 11201
Voice: 718-613-2332;  Fax: 718-613-2333
E-mail: August_Marziliano@nyed.uscourts.gov